LUWISCH, Respondent, v. BRIMBERG, Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Herman Luwisch against Henry Brimberg. No opinion. Judgment of the Municipal Court affirmed, with costs.

McAULIFF, Appellant, v. HUGHES et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by John McAuliff against Mary F. Hughes and others.

PER CURIAM. Judgment and order affirmed, with costs.

HOUGHTON and BETTS, JJ., dissent, on opinion of Cochrane, J., on former appeal. 128 App. Div. 355, 112 N. Y. Supp. 486. See, also, 136 App. Div. 935, 120 N. Y. Supp. 1133.

McCAFFREY, Respondent, v. FOSTER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Patrick J. McCaffrey against Benjamin E. Foster and another.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., dissents upon the ground that, in order to entitle the plaintiff to recover, it was a prerequisite that he should procure the certificate of the architect that the building was completed and the full amount due, and the complaint not stating that fact, nor any proof being made in that regard, the plaintiff is not entitled to recover.

McCARTHY v. WESTERN UNION TELEGRAPH CO., et al. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by Jeremiah McCarthy against the Western Union Telegraph Company and the Read-Coddington Engineering Company.

PER CURIAM. Judgment and order affirmed, with costs, and motion to dismiss the appeal of Western Union Telegraph Company as against the Read-Coddington Engineering Company granted, without costs.

FOOTE, J., dissents from the affirmance of the judgment and order.

In re McCONAUGHY. (Supreme Court, Appellate Division, Second Department. February 1, 1912.) In the matter of the application of Franklin A. McConaughy for admission to the bar. No opinion. Application granted.

In re McCORMICK'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) In the matter of the appraisal of the estate of Lucy M. McCormick, deceased. No opinion. Order (71 Misc. Rep. 95, 127 N. Y. Supp. 493) affirmed, with costs.

McCOY v. GAS ENGINE & POWER CO., et al. (Supreme Court, Appellate Division, Second Department. March 21, 1912.) Action by Daniel B. McCoy against the Gas Engine & Power Company and another. No opinion. Motion denied, without costs, on the ground that the same is prematurely made. See, also, 141 App. Div. 918, 125 N. Y. Supp. 1129.

McDONNELL, Appellant, v. METROPOLITAN BRIDGE & CONSTRUCTION CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 2, 1912.) Action by Annie McDonnell, as administratrix, etc., against the Metropolitan Bridge & Construction Company. No opinion. Motion for leave to appeal to the Court of Appeals granted, without costs. See, also, 132 N. Y. Supp. 1136.

MACE et al., Respondents, v. MACE et al., Appellants. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Arthur J. Mace and others, as executors, etc., against Henry B. Mace and others. W. Arrowsmith, for appellants. E. Masten, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

McGOUGH, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) Action by James McGough against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

MACIOCE, Appellant, v. JOHNSTON, Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Nicolina Macioce, as administratrix, etc., against William A. Johnston. No opinion. Motion for leave to appeal to the Court of Appeals (from 132 N. Y. Supp. 1136) denied, without costs.

McKAY, Appellant, v. AHEARN, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by George McKay, as executor, etc., of Mary Josephine McKay, against Katharine Ahearn. No opinion. Order affirmed, with $10 costs and disbursements.

McKAY, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Action by James U. McKay, as administrator, etc., against the Syracuse Rapid Transit Railway Company.

PER CURIAM. Judgment and order affirmed, with costs. Held, that the finding of the jury that defendant was guilty of actionable negligence and that plaintiff's intestate was free from contributory negligence is supported by sufficient evidence, and that the negligence of the plaintiff, if any, although the sole beneficiary, is not a bar to his recovery. Lewin v.